NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V   Crim. No. 3:03CR49-001/RV

DONNA M. MURPHY

On June 10, 2004 the above named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Donna M. Murphy be discharged from supervised release.

Respectfully submitted,

*Donna D. Easterling*  
Donna D. Easterling  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ____8____ day of ____January____, 2007.

*Roger Vinson*  
Honorable Roger Vinson  
Senior United States District Judge

OFFICE OF CLERK

07 JAN -8 PM 1:51

FILED